# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3181

_____

Patrick Harding

*Petitioner*

v.

William P. Barr, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: October 10, 2019
Filed: October 16, 2019
[Unpublished]

_____

Before GRUENDER, BENTON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Patrick Harding, a citizen of Trinidad and Tobago, petitions for review of an order of the Board of Immigration Appeals (BIA), which rejected his assertion that

the agency lacked jurisdiction to order him removed.[1]  Having jurisdiction under 8 U.S.C. § 1252(a)(2)(D), this court denies the petition because Harding's challenge to the agency's jurisdiction over his removal proceedings is foreclosed by this court's precedent.  *See Ali v. Barr*, 924 F.3d 983, 986 (8th Cir. 2019).

The petition is denied.  *See* 8th Cir. R. 47B.

_____

[1]The immigration judge's decision and the remainder of the BIA's order are not before this panel. *See Chay-Velasquez v. Ashcroft*, 367 F.3d 751, 756 (8th Cir. 2004) (claim not raised in opening brief is waived).